985 So.2d 1193 (2008)
BICA TRADING, INC., Appellant,
v.
Tony DELON, Appellee.
No. 3D07-1401.
District Court of Appeal of Florida, Third District.
July 9, 2008.
*1194 J. Michael Wermuth and Dorota Trzeciecka, for appellant.
Charles L. Neustein, for appellee.
Before GERSTEN, C.J., and RAMIREZ and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See Ubilla v. L & W Supply, 637 So.2d 994, 995 (Fla. 3d DCA 1994) (holding where service of process is defective, trial court lacks jurisdiction over defendant).